589 A.2d 211

**Albert R. McCORMICK, Jr., and Brian J. McCormick and Stephen S. McCormick, a minor by his parent and natural guardian, Mary J. McCormick, Appellants,**

v.

**NORTHEASTERN BANK OF PENNSYLVANIA.**

Supreme Court of Pennsylvania.

Argued April 8, 1991.

Decided April 30, 1991.

Peter C. Layman, John Molnar, Bangor, for appellants.

Charles Eyer, Stroudsburg, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.